**CRIMINAL CAUSE FOR STATUS CONFERENCE**

BEFORE JUDGE: HURLEY, J.    DATE: OCT. 21, 2005    TIME: 11;45-12:15
DOCKET NUMBER: CR-05-0051    TITLE:   USA V.  CADAVID, ET. AL.


DEFT. NAME:  LIA PENA-CADAVID                              DFT. #:   1
    X_PRESENT, _NOT PRESENT, X_IN CUSTODY, _ON BAIL
      ATTY FOR DEFT.: Kathleen Tomlinson for LUIS GUERRA    _ CJA
       _PRESENT,         X_NOT PRESENT                    X_RET


DEFT. NAME:  JESUS ROBERT MADRID                          DFT. #:   2
    _PRESENT,   X_NOT PRESENT, X_IN CUSTODY, _ON BAIL
      ATTY FOR DEFT.: Kathleen Tomlinson for  PETER TOMAO    X_ CJA
       X _PRESENT,    _NOT PRESENT                        __ RET

DEFT. NAME:  PABLO VALENZUELA                              DFT. #:   3
    X_PRESENT, _NOT PRESENT, X_IN CUSTODY, _ON BAIL
      ATTY FOR DEFT.:   KATHLEEN TOMLINSON                X_ CJA
      _PRESENT, X_NOT PRESENT                              _ RET


DEFT. NAME: SALVADOR URBINA                                DFT. #:   4
    _PRESENT, X_NOT PRESENT, X_IN CUSTODY, _ON BAIL
      ATTY FOR DEFT.: WILLIAM KEAHON / GEORGE DUNCAN    X_ CJA
      X_PRESENT, _NOT PRESENT                              _RET


DEFT. NAME:  JUAN CARLOS MARTINEZ-MARTINEZ     DFT. #:   5
    X _PRESENT, _NOT PRESENT, X_IN CUSTODY, _ON BAIL
    ATTY FOR DEFT.: BRUCE BARKET                          X_ CJA
     _PRESENT, X_NOT PRESENT                            ___RET


DEFT. NAME:  JOSE LUIS ECHEVERRY                          DFT. #:   6
    X_PRESENT, _NOT PRESENT, X_IN CUSTODY, _ON BAIL
      ATTY FOR DEFT.: KEVIN KEATING                     X_ CJA
      X_PRESENT, _NOT PRESENT                            _RET


A.U.S.A.: BONNIE KLAPPER            DEPUTY CLERK: TRISH BEST
COURT REPORTER(S) OR ESR OPERATOR: PAUL LOMBARDI
INTERPRETER(S):    MAYA GRAY/ SPANISH INTERPRETER

X_  CASE CALLED.

 X_ SPEEDY TRIAL INFORMATION FOR DEFT(S)    1-6
    ORDER OF EXCLUDABLE DELAY ENTERED AS TO ALL DEFENDANTS- COMPLEX CASE
  CODE TYPE: X-        START DATE:  10/21/2005
                 STOP DATE:     2/14/2006

X_ STATUS CONFERENCE SET FOR   MARCH 3, 2006 AT 10:00 AM FOR BENCH DECISION ON
   MOTIONS AND FOR FURTHER STATUS CONFERENCE

 X_ DEFT(S)    1-6            REMAIN IN CUSTODY.

**MOTION SCHEDULE IS AS FOLLOWS:**
**DEFENDANTS' MOTIONS SHALL BE FILED BY DECEMBER 16, 2005.**
**THE GOVERNMENT'S RESPONSES SHALL BE FILED BY JANUARY 31,2006.**
**DEFENDANTS' REPLIES SHALL BE FILED BY FEBRUARY 14, 2006.**